### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 10 B 35819 |
| JUAN F. FERAUD and ALBA B. CALISPA, | |
| Debtors. | Chapter 7 |
| WESTERN UNION FINANCIAL SERVICES, INC., as successor in interest to VIGO REMITTANCE CORP., | Adv. No. 12 A 755 |
| Plaintiff, | |
| v. | Judge Pamela S. Hollis |
| JUAN F. FERAUD and ALBA B. CALISPA, | |
| Defendants. | |

### JUDGMENT ORDER

For the reasons stated in open court on April 4, 2013, following trial on the complaint, **IT IS HEREBY ORDERED THAT**:

1. Judgment is entered for the Defendants, Juan F. Feraud and Alba B. Calispa, on Count I;

2. Judgment is entered for the Defendants, Juan F. Feraud and Alba B. Calispa, on Count II;

3. Judgment is entered for the Defendants, Juan F. Feraud and Alba B. Calispa, on Count III;

4. Judgment is entered for the Defendants, Juan F. Feraud and Alba B. Calispa, on Count IV; and

5. The debt owed by Defendants Juan F. Feraud and Alba B. Calispa to Plaintiff Western Union Financial Services, Inc., as successor in interest to Vigo Remittance Corp., is

hereby declared dischargeable and was discharged pursuant to the order entered on

November 16, 2010, in Case No. 10 B 35819.

ENTERED:


Date: _____APR - 4 2013_____          _____

PAMELA S. HOLLIS
United States Bankruptcy Judge